IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00097-MSK-CBS

RHONDA S. VALENTA,

    Plaintiff,

v.

7-ELEVEN, INC.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO AMEND CAPTION

THIS MATTER comes before the Court on the Stipulated Motion to Amend Caption (Motion) **(#18)** filed March 19, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and "7-Eleven" is hereby dismissed without prejudice. The caption is hereby changed as reflected above.

DATED this 20th day of March, 2013.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge